# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:11CR299 |
| vs. | ) | |
| | ) | ORDER |
| PAUL MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Extend Time to File Motions [28]. The motion is denied.

On August 30, 2011 the court entered an Order of Progression [10] setting September 20, 2011 as the deadline to file pretrial motions. No motions for extension of the pretrial motion deadline were filed.

On September 21, 2011 the Court set trial for November 8, 2011 [17]. On October 26, 2011 the Court set a Change of Plea [21], at the request of the defendant, for November 7, 2011. On November 4, 2011 the court grants the defendant's motion to continue the change of plea [22] and set the change of plea for November 18, 2011.

On November 15, 2011 the defendant's counsel informed the court that the defendant does not wish to change his plea and wishes to proceed with trial. The Court set the trial for December 6, 2011 [24]. On November 23, 2011 the Court grants the defendant's motion to continue the trial [26] and set trial for January 3, 2012 [27]. The court finds that the defendant's motion to extend time is denied as it is out of time by over two months.

**IT IS ORDERED:**

1. The defendant's Motion to Extend Time to File Motions [28] is denied.

2. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: November 28, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**